TRANS WORLD AIRLINES, INC.,
Plaintiff/Appellant,

v.

KARABU CORPORATION and Global Discount Travel Services, LLC, Global Travel Marketing Services, Inc., and ACF Industries, Incorporated, Defendants/Respondents,

Carl Icahn, Defendant.

No. ED 74632.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 7, 1999.

Kevin M. Abel, Bryan Cave LLP, St. Louis, Lewis R. Clayton, Paul Weiss, Rifkind, Wharton & Garrison, New York, NY, John M. Delehanty, Jonathan Rosenberg, James L. Burns, O'Sullivan, Graev & Karabell, LLP, New York, NY, for appellant.

William A. Richter, Michael D. Hart, Blackwell Sanders Peper Martin, LLP, St. Louis, Judd Burstein, Burstein & McPherson, LLP, New York, NY, Jay Goldberg, Jay Goldberg, P.C., New York, NY, for respondents.

Michael B. Reuben, Gordon Altman Butowsky Weitzen Shalov & Wein, New York, NY, for defendant.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Plaintiff appeals from the judgment of the trial court denying its request for declaratory judgment and other relief arising out of a ticket purchase program agreement. The trial court's judgment is sup-

ported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).